UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11283-NG

_____
                                            )
TERESA A. MCCOY                   )
                                            )
v.                                            )
                                            )
PRUDENTIAL INSURANCE COMPANY )
OF AMERICA AND STATE STREET     )
CORPORATION                         )
_____)

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The defendant State Street Corporation ("State Street") respectfully moves this Court for an extension of time to answer or otherwise respond to plaintiff's Amended Complaint up to and including July 10, 2006. In support of this motion, the defendant states as follows.

(1) This is the defendant's first request for an extension.

(2) State Street is currently investigating this matter. Until the investigation is complete, the defendant will not be in a position to respond fully to plaintiff's Complaint.

(3) Counsel for the plaintiff, Teresa A. McCoy, assents to this motion.

(4) Counsel for co-defendant, Prudential Insurance Company of America, assents to this motion.

WHEREFORE, the defendant, State Street, respectfully requests this Court for an extension of time to answer or otherwise respond to the Complaint up to and including July 10, 2006.

        STATE STREET CORPORATION,
        By its attorneys,

        /s/ Constance M. McGrane
        Constance M. McGrane  BBO #546745
        Johanna L. Matloff  BBO #655178
        CONN KAVANAUGH ROSENTHAL
         PEISCH & FORD, LLP
        Ten Post Office Square
        Boston, MA 02109
        (617) 482-8200

ASSENTED TO:

| TERESA A. MCCOY | PRUDENTIAL INSURANCE COMPANY OF AMERICA |
|---|---|
| By her attorney, | By its attorney, |
| /s/ Jonathan M. Feigenbaum by tel auth. 6/14/06 | /s/ Carey L. Bertrand by e-mail auth. 6/14/06 |
| Jonathan M. Feigenbaum  BBO #546686 | Carey L. Bertrand  BBO #650496 |
| Phillips & Angley | Wilson, Elser, Moskowitz, |
| One Bowdoin Square |   Edelman & Decker, LLP |
| Boston, MA  02114 | 155 Federal Street |
| (617) 367-8787 | Boston, MA  02110 |
| | (617) 422-5300 |

Dated: June 16, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on June 16, 2006.

/s/ Constance M. McGrane

256436.1

2