UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11283-NG

_____
                                   )
TERESA A. MCCOY                    )
                                   )
v.                                 )
                                   )
PRUDENTIAL INSURANCE COMPANY       )
OF AMERICA AND STATE STREET        )
CORPORATION                        )
_____)

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the defendant State Street Corporation in the above-captioned matter.

                STATE STREET CORPORATION,
                By its attorney,


                /s/ Constance M. McGrane
                Constance M. McGrane  BBO #546745
                CONN KAVANAUGH ROSENTHAL
                  PEISCH & FORD, LLP
                Ten Post Office Square
                Boston, MA 02109
                (617) 482-8200


Dated: June 16, 2006

                **CERTIFICATE OF SERVICE**

                I hereby certify that a true copy of the above document
                was served upon the attorney of record for each other
                party by electronic filing on June 16, 2006.

                /s/ Constance M. McGrane

256487.1