UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CASE NO. 05-11283-NG

| | |
|---|---|
| TERESA A. MCCOY | ) |
|     Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| PRUDENTIAL INSURANCE COMPANY | ) |
| OF AMERICA | ) |
| STATE STREET CORPORATION | ) |
|     Defendant | ) |

**MOTION OF PLAINTIFF TERESA MCCOY
THAT THE DENIAL OF BENEFITS CLAIM
BY PRUDENTIAL INSURANCE COMPANY OF AMERICA
IS SUBJECT TO THE "DE NOVO" STANDARD OF REVIEW**

NOW COMES the plaintiff and moves this Court to enter an order that the denial of benefits by

Prudential Insurance Company of America will be reviewed by this Court *de novo*. In support of

this motion, the plaintiff files her memorandum herewith.

**TERESA A. MCCOY**
By Her Attorneys,
*/s/ Jonathan M. Feigenbaum*
_____

Jonathan M. Feigenbaum, Esq.
B.B.O. N#546686
Philips & Angley
One Bowdoin Square
Boston, MA 02114
Tel. No. : (617) 367-8787

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing.
(NEF), and paper copies will be sent to those indicated as non-registered participants on this 22nd
day of June 2006.    */s/ Jonathan M. Feigenbaum*
_____

L:\LITG\Tmcc001\Motoin Standard Review\motion.de novo.final.wpd

-1-