UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 05-11283-NG

| | |
|---|---|
| TERESA A. MCCOY | ) |
|     Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| PRUDENTIAL INSURANCE COMPANY | ) |
| OF AMERICA | ) |
| STATE STREET CORPORATION | ) |
|     Defendants | ) |

## **VERIFYING DECLARATION OF JONATHAN M. FEIGENBAUM**

I, Jonathan M. Feigenbaum, Esq. hereby on oath depose and state as follows:

1. I am an attorney duly authorized and admitted to the practice of law before the United States District Court for the District of Massachusetts.

2. I am legal counsel of record for the Plaintiff.

3. Filed herewith as Exhibit "A" are true and accurate copies of pages from the documents delivered to me by Prudential Insurance Company of America's counsel comprising portions of the claim file.

4. Filed herewith as Exhibit "B" is a true and accurate copy from the Court transcript referenced therein. That transcript was provided to me by Mr. Ronald Dean, Esquire who represents the plaintiff in <u>Sullivan v. Prudential Insurance Company of America et al</u>, C.A. No., 05-4005-AHM (RXC), Central District of California . I have in my possession a scanned

copy of the transcript that contains the court reporter's certification. The scanned transcript is identical but exceeds 2 megabytes in size whereas the version that is incorporated into EXHIBIT B is a smaller PDF file. Both transcripts are the same except the scanned version contains the court reporter's certification.

Pursuant to 28 U.S.C., section 1746, I, verify under the penalty of perjury under the Laws of the United States that the foregoing is true and correct.

Executed this June 22, 2006.

*/s/ Jonathan M. Feigenbaum*

_____
Jonathan M. Feigenbaum
B.B.O. #546686
Phillips & Angley
One Bowdoin Square
Boston MA 02114
Tel. No. 617-367-8787

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this 22nd day of June 2006.

/s/ Jonathan M. Feigenbaum, Esq.

L:\LITG\Tmcc001\Motoin Standard Review\Verifying JMF.wpd