UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 05-11283-NG

| | |
|---|---|
| TERESA A. MCCOY | ) |
|     Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| PRUDENTIAL INSURANCE COMPANY | ) |
| OF AMERICA | ) |
| STATE STREET CORPORATION | ) |
|     Defendants | ) |

**VERIFYING DECLARATION OF JONATHAN M. FEIGENBAUM**

I, Jonathan M. Feigenbaum, Esq. hereby on oath depose and state as follows:

1. I am an attorney duly authorized and admitted to the practice of law before the United States District Court for the District of Massachusetts.

2. I am legal counsel of record for the Plaintiff.

3. Filed herewith as Exhibit "A" are true and accurate copies of pages from the documents delivered to me by Prudential Insurance Company of America's counsel comprising portions of the claim file.

4. Filed herewith as Exhibit "B" are true and accurate copies of US Department of Labor Advisory Opinions.

Pursuant to 28 U.S.C., section 1746, I, verify under the penalty of perjury under the Laws of the United States that the foregoing is true and correct.

Executed this June 23, 2006.

                                        /s/ Jonathan M. Feigenbaum

                                        Jonathan M. Feigenbaum
                                        B.B.O. #546686
                                        Phillips & Angley
                                        One Bowdoin Square
                                        Boston MA 02114
                                        Tel. No. 617-367-8787

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this 23rd day of June 2006.

                                        /s/ Jonathan M. Feigenbaum, Esq.
L:\LITG\Tmcc001\Motoin Standard Review\Verifying JMF1.wpd