UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CASE NO. 05-11283-NG

| | |
|---|---|
| TERESA A. MCCOY | ) |
|     Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| PRUDENTIAL INSURANCE COMPANY | ) |
| OF AMERICA | ) |
| STATE STREET CORPORATION | ) |
|     Defendant | ) |

**RULE 7.1 CERTIFICATION ON
MOTION OF PLAINTIFF TERESA MCCOY
THAT THE DENIAL OF BENEFITS CLAIM
BY PRUDENTIAL INSURANCE COMPANY OF AMERICA
IS SUBJECT TO THE "DE NOVO" STANDARD OF REVIEW**

Plaintiff's counsel certifies that he conferred with counsel to Prudential Insurance Company of America's on the issue of standard of review prior to filing the motion relating to the standard of review for long term disability benefits.

                                             **TERESA A. MCCOY**
                                             By Her Attorneys,
                                           */s/ Jonathan M. Feigenbaum*

                                           Jonathan M. Feigenbaum, Esq.
                                           B.B.O. N#546686
                                           Philips & Angley
                                           One Bowdoin Square
                                           Boston, MA 02114
                                           Tel. No. : (617) 367-8787

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this 26th day of June 2006.     */s/ Jonathan M. Feigenbaum*

L:\LITG\Tmcc001\Motoin Standard Review\certification 7.1 LTD de novo.wpd