UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 05-11283-NG

| | |
|---|---|
| TERESA A. MCCOY | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PRUDENTIAL INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| STATE STREET CORPORATION | ) |
| | ) |
|     Defendants. | ) |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION ON THE STANDARD OF REVIEW**

The Defendant, Prudential Insurance Company of America ("Prudential") respectfully moves this Court for an extension of time to file an Opposition to Plaintiff's Motion that the Denial of Benefits Claim by Prudential Insurance Company of America is Subject to the "De Novo" Standard of Review up to and including July 12, 2006. In support of this Motion, the Defendant, Prudential, states as follows:

1. This is Prudential's first request for an extension.

2. Prudential's Opposition is currently due on July 6, 2006.

3. Prudential only needs an additional 6 days to file its Opposition

4. Counsel for Plaintiff and the co-defendant, State Street, assent to this Motion.

60817.1

WHEREFORE, the defendant, Prudential, respectfully requests this Court for an extension of time to Oppose Plaintiff's Motion that the Denial of Benefits Claim by Prudential Insurance Company of America is Subject to the "De Novo" Standard of Review up to and including July 12, 2006.

THE DEFENDANT,
THE PRUDENTIAL INS. CO. OF AMERICA,
By its Attorneys,

/s/ Carey L. Bertrand
William T. Bogaert, Esq., B.B.O. # 546321
Carey L. Bertrand, Esq., B.B.O. # 650496
Wilson, Elser, Moskowitz, Edelman & Decker, LLP
155 Federal Street
Boston, MA 02110
617-422-5300

ASSENTED TO:

| THE PLAINTIFF, | THE DEFENDANT, |
| --- | --- |
| TERESA MCCOY, | STATE STREET CORPORATION |
| By her Attorneys, | By its Attorneys, |
| | |
| /s/ Jonathan M. Feigenbaum | /s/ Constance M. McGrane |
| Jonathan M. Feigenbaum, Esq. | Constance M. McGrane, Esq. |
| B.B.O. #546686 | B.B.O. # 546745 |
| Phillips & Angley | Johanna L. Matloff, Esq. |
| One Bowdoin Square | B.B.O. # 655178 |
| Boston, MA 02114 | CONN KAVANAUGH ROSENTHAL, |
| 617-367-8787 | PEISCH & FORD, LLP |
| | Ten Post Office Square |
| | Boston, MA 02109 |
| | 617-482-8200 |

**Certificate of Service**

I, Carey Bertrand, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on June 29, 2006.

/s/ Carey Bertrand

60817.1

60817.1