%AO 440 (Rev. 10/93) Summons in a Civil Action

No SERV ~~Pemba~~, 225 Franklin SS Bstn

Dave BIERSHA Investigative

# UNITED STATES DISTRICT COURT

District of  Massachusetts

FILED
CLERKS OFFICE

2006 JUL -7 P 3: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

Teresa A. McCoy

V.

Prudential Insurance
Company of America

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05cv11283NG

TO: (Name and address of Defendant)

State Street Corp.
1 Lincoln Street
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan M. Feigenbaum, Esq.
Phillips & Angley
One Bowdoin Square
Boston, MA  02114

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  5/16/2006

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE  May 30, 2006 |
| NAME OF SERVER  BURTON M. MALKOFSKY | TITLE  Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   DAVE BIEKSHA, INVESTIGATOR
Duly Authorized Agent for the within-named   STATE STREET CORP.
Said service was made at:
225 FRANKLIN STREET, BOSTON , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $ 54.00   2 Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 30, 2006
                  Date

Signature of Server: *Burton M. Malkofsky*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE  2  ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
|  |  | SERVER ARRIVED AT 1 LINCLON STREET AND WAS TOLD THAT ALL SERVICE WAS MADE AT 225 FRANKLIN STREET | $ 27.00 |
|  |  |  | $ |
|  |  |  | $ |
|  |  | PROCESS SERVER ARRIVED AT 225 FRANKLIN STREET AND MADE SERVICE | $ 27.00 |
|  |  |  | $ |
|  |  |  | $ |
|  |  | TOTAL | $ 54.00 |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

Suvalle, Jodrey & Associates            One Devonshire Place        Telephone # (617) 720-5733
Massachusetts Constables since 1925     Boston, MA 02109            Fax #       (617) 720-5737