UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 05-11283-NG

| | |
|---|---|
| TERESA A. MCCOY | ) |
|  | ) |
|     Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| PRUDENTIAL INSURANCE COMPANY | ) |
| OF AMERICA ET AL | ) |
|  | ) |
|     Defendant. | ) |

### JOINT MOTION TO ENLARGE DATE FOR SERVING
### SUMMARY JUDGMENT MOTIONS FROM AUGUST 4, 2006 TO AUGUST 18, 2006

The parties to the above-entitled action, Plaintiff Teresa A. McCoy ("Ms. McCoy") and the Defendant, Prudential Insurance Company of America ("Prudential") jointly move this Court to enter an order enlarging the time period for serving summary judgment motions from August 4, 2006 to August 18, 2006. This is an ERISA long term disability action.

This is the first extension sought by Ms. McCoy and Prudential with respect to the Summary Judgment motions.

Ms. McCoy and the other defendant State Street Corporation have settled their claim and will be filing a stipulation of dismissal with this Court in due course.

Ms. McCoy and Prudential are further exploring settlement in light of this Court's order dated July 31, 2006 pertaining to the standard of review in this ERISA benefits case.

WHEREFORE, the parties pray that this motion be allowed enlarging the time from August 4, 2006 to August 18, 2006 to file motions for summary judgment.

| | |
|---|---|
| THE PLAINTIFF, | THE DEFENDANT, |
| TERESA MCCOY | THE PRUDENTIAL INS. CO. |
| | OF AMERICA |
| */s/ Jonathan M. Feigenbaum* | */s/ Carey L. Betrand (JMF)* |
| Jonathan M. Feigenbaum, Esq. | William J Bogaert, Esq. |
| B.B.O. #546686 | B.B.O. # 546321 |
| Phillips & Angley | Carey L. Bertrand, Esq. |
| One Bowdoin Square | B.B.O. # 650496 |
| Boston, MA 02114 | Wilson, Elser, Moskowitz, Edelman & |
| 617-367-8787 | Decker, LLP |
| | 155 Federal Street |
| | Boston, MA 02110 |
| | 617-422-5300 |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this 1st Day of August 2006.
    */s/ Jonathan M. Feigenbaum*

L:\LITG\Tmcc001\joint.motion.enlarge.wpd