UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11283-NG

TERESA A. MCCOY            )
                           )
                           )
v.                         )
                           )
PRUDENTIAL INSURANCE COMPANY )
OF AMERICA AND STATE STREET )
CORPORATION                )
                           )

**STIPULATION OF DISMISSAL OF STATE STREET CORPORATION WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff, Teresa A. McCoy, and defendants, State Street Corporation ("State Street") and Prudential Insurance Company of America hereby stipulate that all claims against defendant State Street be dismissed with prejudice, with all

parties to bear their own attorneys' fees and costs, and with rights of appeal waived.

TERESA A. MCCOY
By her attorney,

*[signature]*

Jonathan M. Feigenbaum (BBO #546686)
PHILIPS & ANGLEY
One Bowdoin Square
Boston, MA 02114
(617) 367-8787

STATE STREET CORPORATION,
By its attorney,

*[signature]*

Constance M. McGrane (BBO #546745)
CONN KAVANAUGH ROSENTHAL
   PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

PRUDENTIAL INSURANCE COMPANY
OF AMERICA
By its attorney,

*[signature]*

Carey L. Bertrand (BBO #650496)
WILSON ELSER MOSKOWITZ
   EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on  8/21/06 .

/s/ Constance M. McGrane

260937.1