UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 05-11283-NG

| | |
|---|---|
| TERESA A. MCCOY | ) |
|     Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| PRUDENTIAL INSURANCE COMPANY | ) |
| OF AMERICA | ) |
|     Defendant | ) |

**PLAINTIFF TERESA A. MCCOY'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the plaintiff Teresa A. McCoy and opposes the defendant's motion for summary judgment.

In support of this opposition, plaintiff relies on her memorandum of law filed in support of her motion for summary judgment, the Rule 56.1 statement filed therewith and the documents which Prudential Insurance Company of America has filed with this Court contending to be the record on review.

The plaintiff objects to the defendant's recharacterization of facts set forth in its Rule 56.1 statement, and states the claim record on review speaks for itself.

WHEREFORE, plaintiff prays that the defendant's motion be denied, and that she be granted the relief sought in her motion for summary judgment.

**TERESA A. MCCOY**

By Her Attorneys,

*/s/ Jonathan M. Feigenbaum*
_____

Jonathan M. Feigenbaum, Esq.
B.B.O. N#546686
Philips & Angley
One Bowdoin Square
Boston, MA 02114
Tel No. (617) 367-8787

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on September 1, 2006.

*/s/ Jonathan M. Feigenbaum*

L:\LITG\Tmcc001\SJ Materials\sj.opposition.wpd