UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TERESA A. MCCOY,** | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civ. Action No. 05cv11283-NG |
| | ) |
| **PRUDENTIAL INSURANCE COMPANY** | ) |
| **OF AMERICA AND STATE STREET** | ) |
| **CORPORATION,** | ) |
|     Defendants. | ) |

**GERTNER, D.J.:**

### JUDGMENT

For the reasons set forth in the accompanying Memorandum and Order, Teresa A. McCoy's Motion for Summary Judgment **[document # 32]** is **DENIED**, and Prudential Insurance Company of America and State Street Corporation's Motion for Summary Judgment **[document # 29]** is **GRANTED. JUDGMENT ENTERED FOR THE DEFENDANTS.**

**SO ORDERED.**

**Date: June 12, 2007**             */s/Nancy Gertner*
                                               **NANCY GERTNER, U.S.D.C.**