UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 05-11283-NG

| | |
|---|---|
| TERESA A. MCCOY | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PRUDENTIAL INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| STATE STREET CORPORATION | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF CAREY BERTRAND

    Kindly withdraw my appearance as counsel on behalf of the Defendant, Prudential Insurance Company of America, in the above-entitled matter. William Bogaert, (BBO#546321) of Wilson, Elser, Moskowitz, Edelman & Dicker shall remain as attorney of record.

    Respectfully submitted,

    /s/ Carey Bertrand
    Carey L. Bertrand, BBO# 650496
    Wilson, Elser, Moskowitz, Edelman
        & Dicker, LLP
    155 Federal Street, 5th Floor
    Boston, MA 02110

Dated: June 18, 2007     (617) 422-5300

### Certificate of Service

I, Carey Bertrand, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on June 18, 2007.

    /s/ Carey Bertrand

83632.1