UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CASE NO. 05-11283-NG

| | |
|---|---|
| TERESA A. MCCOY | ) |
|     Plaintiff | ) |
| V. | ) |
| PRUDENTIAL INSURANCE COMPANY | ) |
| OF AMERICA | ) |
| STATE STREET CORPORATION | ) |
|     Defendant | ) |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that the plaintiff, in the above captioned matter, hereby appeals to the United States Circuit Court for the First Circuit the Order and Judgment of the United States District Court, (Gertner, J.) allowing Defendant Prudential Insurance Company of America's Motion for Summary Judgment, and denying Plaintiff's Motion for Summary Judgment and all other matters appealable as a matter of right.

`
TERESA A. MCCOY

*/s/ Jonathan M. Feigenbaum*

Jonathan M. Feigenbaum, Esq.
B.B.O. N#546686
Philips & Angley
One Bowdoin Square
Boston, MA 02114
Tel. No. : (617) 367-8787

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this day, June 20, 2007.

*/ Jonathan M. Feigenbaum/*

L:\LITG\Tmcc001\Appeal\appeal.notice.wpd