UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11283

Teresa A. McCoy

v.

Prudential Insurance Company of America, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-41

and contained in I-& II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/20/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court July 13, 2007.

Sarah A. Thornton, Clerk of Court

By: /s/
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 07/18/07.

Melinda McKenzie
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2093

- 3/06