**MANDATE**

05- 11283

USDCMA
Judge Gertner

# United States Court of Appeals
## For the First Circuit

No. 07-2093

TERESA A. MCCOY,

Plaintiff - Appellant,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant - Appellee,

STATE STREET CORPORATION,

Defendant.

---

**JUDGMENT**

Entered: October 2, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

..... und Issued as Mandate
..der Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date:

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By: _____
Margaret Carter, Chief Deputy Clerk

[cc: Jonathan Feigenbaum, Esq., William Bogaert, Esq.]